Date: 06/30/10           **DIVIDENDS REMITTED TO THE COURT**    #150518      Page:

Check Number 117 Dated 06/30/10

Case Number 09-20531 - CLARK, KIMBERLY T.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | 000011 | 115.90 | 4.04 |
| ---------- Remittance Total --------------- | | 115.90 | 4.04 |

DAVID O. SIMON, TRUSTEE